Plaintiff's Name STEVEN WAYNE BONILLA

Prisoner No. J-48500, T-203

Institution CALIFORNIA MEDICAL FACILITY

P.O. BOX 2000

VACAVILLE, CA 95696

| FILED |
| :---: |
| Dec 23 2024 |
| Mark B. Busby |
| CLERK, U.S. DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| OAKLAND |

## UNITED STATES DISTRICT COURT
## northern DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA

*(Enter your full name)*

v. Judges: Elia M. Ortez, Mark S. Bresnecker, Francisco P. Fisher, Brian Hill, Julie Oliver, Joseph J. Solga, Monique Langhorne, John Doe 1-1000,

*(Enter the full name(s) of all defendants in this action)*

Case No. 4:24-cv-09269 PJH

*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement California Medical Facility

B. Is there a grievance procedure in this institution?   ☐ YES  N/A  ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES   N/A   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: _____

_____

_____

2. First formal level: _____

_____

_____

3.    Second formal level: _____

_____

_____

4.    Third formal level: _____

_____

_____

**E.** Is the last level to which you appealed the highest level of appeal available to you?
☐ YES    *N/A*    ☐ NO

**F.** If you did not present your claim for review through the grievance procedure, explain why.

*N/A*

_____

_____

## II. Parties.

**A.** If there are additional plaintiffs besides you, write their name(s) and present address(es).

_____

_____

_____

**B.** For each defendant, provide full name, official position and place of employment.

Napa County Superior Court, 1111 Third Street, Napa CA 94559

_____

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The FBI, "ADMITTED", under oath, under a federal court order in Case No. C-02-0636 MHP, that the federal grand jury subpoena for all of the evidence in the Alameda County Superior Court Case No. H-12210-A, NEVER EXISTED.

# I. FRAUD UPON THE COURT

[763 F.2d 115], Court held, that FRAUD upon the is where the judge has not performed his judicial function. The Petitioner has established that his Civil Rights were violated by the presentation of the false arrest warrant affidavit. There is no federal grand jury subpoena to support the evidence in the case nor the probable cause claimed in the affidavit, citing [720 F.3d 972-73]. A judge is a government employee paid to perform his judicial function to pronounce the judgment void, when presented with the facts, he committed FRAUD upon the court to obstruct justice due to the Petitioner.

## II. DISCRIMINATION

[719 F.3d 780], Court held, that the Equal Protection Clause of the 14th amendment protects the Petitioner from government discrimination. [597 F.2d 220, 224 n8], But the mandatory relief from the void judgment was not administered in adjudicating the Petitioner's case. The Petitioner was treated differently than others by the judge discriminating against him; by the judge conspiring with or among others not to perform their official duty, to grant relief for Malicious Prosecution.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Requesting relief from a void judgment and Malicious Prosecution as mandated by law or commit FRAUD UPON THE COURT for not performing the judicial function that makes relief mandatory.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. and the following

Executed on:  12-5-24
Date

Steven W. Bonilla
Signature of Plaintiff

*Prisoner Complaint (rev. 12/4/2023)*                                    *Page 3 of 3*

Steven Wayne Bonilla
California Medical Facility
J-48500, T-263, P.O. Box 2000
Vacaville, CA 95696

In re: to the matter of          Case no. Addition
Steven Wayne Bonilla's          Petition For Review–Judicial Notice
Jurisdictional Challenge          – Expedited Review Required –

### I. Judge needs Jurisdiction

1). [217 Cal.App.3d 247]. A judge can not exercise jurisdiction in any instance until after he has acquired it. If the judge acts without authority / without jurisdiction, the judge's judgments and orders are nullities; they amount to NOTHING; they are not voidable, but simply void and form no bar to recovery sought; even prior to reversal, in opposition to them; they constitute no justification, and all persons concerned in executing such judgments, or sentencings, are considered in law as trespassers, as the Court held in [49 US 495].

Which means that any court rules or case law cited by a judge lacking jurisdiction amounts to NOTHING. Court rules and case law can not be applied to the Petitioner who does not fall under the court's jurisdiction. Thereby, ruling the Petitioner a vexatious litigant, without jurisdiction,

1  amounts to NOTHING.

2  2). [35 Cal. 4th 180]. Any judgment or order rendered by a judge lacking

3  subject matter jurisdiction is void on its face.

4  3). [549 US 422], without subject matter jurisdiction the judge

5  can not proceed at all in any cause. The judge must

6  first determine that he has jurisdiction before ruling.

7  4). [495 F. 2d 906]. A judge lacking jurisdiction can not render

8  judgment but must dismiss the cause. at any stage of the

9  proceeding in which it becomes apparent that jurisdiction

10 is lacking.

11 5). [154 Cal. app. 4th 40]. The adequacy of the judge's subject

12 matter jurisdiction must be addressed whenever the

13 issue comes to the court's attention.

14 6). [505 F. 2d 1026]. Once jurisdiction is challenged, the Judge

15 can not proceed when, (as here), it clearly appears that

16 the judge lacks jurisdiction, the judge has no authority to

17 reach merit. In such situation the action shall be dismissed.

18 7). [67 F.R.D. 22, 25]. The duty devolves upon the judge "at any time

19 the jurisdictional question is presented to proceed no further

20 until that question is determined; and a party, can not be

21 precluded from raising the question by any form of

22 laches, waiver, or estoppel. Which the judge has done by

23 declaring the Petitioner illegally, a vexatious litigant,

24 without proving that the federal grand jury subpoena existed.

25 8). [474 F. 2d 215, 219]. Where there is no jurisdiction over the

26 subject matter, (as here), there is, as well, no discretion for

27 the judge to ignore that lack of jurisdiction. Pursuant

28 to Federal Rules of Civil Procedure §12(h)(3).

9). [30 Cal. 439]. FRAUD vitiates everything, including the decrees and judgments of the judge, and the judgments rendered by judges not having jurisdiction are null and void.

10). [273 Cal. App. 2d 752], California Civil Procedure Code § 1916 - holds that where a judgment has been obtained through extrinsic FRAUD it may be set aside, though long since final, either by an independent suit in equity or by motion in the principal proceeding/trial court.

11). The judicial record has been impeached by the prosecution falsely and fraudulently, claiming that the Petitioner's records had been obtained by the FBI having served a federal grand jury subpoena. Which they knew that the subpoena NEVER EXISTED, as "ADMITTED" by the FBI, under oath, in Federal Court Case Number C-02-0636 MHP, that the federal grand jury subpoena NEVER EXISTED.

12). [99 Cal. App. 2d 523], A judgment is absolutely void if there is no jurisdiction. And if a party (the FBI, admits to facts showing a lack of jurisdiction, it is then established that the judgment is void as effectively as shown by the record; and whenever such jurisdiction is challenged, it is the duty of the judge to declare the judgment void as a matter of law.

13). [495 F. 2d 906]. Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that whenever it appears by suggestion of the parties or otherwise that judge lacks jurisdiction of subject matter, the judge must dismiss the action forthwith.

14). [523 US 83] - A reviewing judge must not only have his own jurisdiction, but also that of the court in a cause under review.

II. Judge's Duty

15). [98 US 61]. A judgment obtained by FRAUD is void.

- 3 -

16). [597 F. 2d 220, 224 n8]. Relief from a void judgment is not a discretionary matter, it is mandatory which makes it the statutory duty for the judge to declare the judgment void.

17). [80 US 335]. where there is clearly no jurisdiction over the subject matter, (as here), any authority exercised is usurp authority, and when the want of jurisdiction, has been challenged NO EXCUSE IS PERMISSIBLE. It does not matter what excuse the judge may use, like the Petitioner is a vexatious litigant; wrong court, abuse of writ, frivolous, wrong format, filing fee required NO EXCUSE PERMISSIBLE. Because without jurisdiction the judge has acted without authority, his judgments and orders are nullities.

## III. Venue

18). [28 F. Supp. 462; 148 Cal. App. 2d 845]. The Courts held in both State and Federal courts that a void judgment is subject to collateral attack ANYWHERE, AT ANY TIME AND IN ANY PLACE. Because no court ever acquired jurisdiction and every judge has a deity to enforce the Petitioner's Constitutional guaranteed Rights.

19). [107 Cal. App. 288]. A judgment, whether of superior or inferior court, may be collaterally attacked for lack of jurisdiction either of subject matter or person or both, judgment being void if want of jurisdiction in either appears.

20). [27 Cal. 300]. A judgment rendered without jurisdiction will be pronounced a nullity, whether it comes directly or collaterally, in question; and this is so whether the court be of inferior or superior jurisdiction. Which makes venue ANYWHERE.

21). [49 US 495]. The jurisdiction of any judge exercising authority over a subject may be inquired into in every other court, when

-4-

the proceedings in the former are relied upon and brought before the latter, by a party claiming the benefit of such proceedings.

### IV. Judge's Immunity

22). [633 F.2d 844]. The principle of judicial immunity applies when there is jurisdiction of both subject and person.

23). [552 F.2d 172]. In the absence of jurisdiction, a judge is not entitled to judicial immunity in a suit for damages that resulted from the action.

24). [217 miss 576]. The rule is that a judge who acts in a case of which he had no jurisdiction, (as here), is liable in damages to any party injured.

25). [448 US 1]. The remedy provided by 42 USC §1983 - provides that anyone who, acting under color of law, deprives another of rights, privileges, or "immunities" secured by the Constitution and laws" shall be liable to the injured party.

26). [Cal. Gov. Code §815.6]. Where a judge is under a mandatory duty, he is liable for the injuries caused by his failure to discharge his duty to pronounce the judgment void.

27). [53 Cal.2d 693]. In a conspiracy each participant in the Malicious Prosecution is a joint tortfeasor for all damages ensuing from the malicious Prosecution, irrespective of whether he was a direct actor and regardless of the degree of his activity.

28). [18 USC §242] makes it a federal crime for a judge to willfully deprive the Petitioner of his Constitutional Rights and 18 USC §241, makes it a federal crime for a judge to conspire with or among public officials not to perform their statutory duties that is mandated by law.