UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE KELLY V. SIMMONS et. al.,<br><br>    Defendants. | Case Nos. 24-cv-8847-PJH<br>24-cv-8857-PJH<br>24-cv-9025-PJH<br>24-cv-9026-PJH<br>24-cv-9152-PJH<br>24-cv-9153-PJH<br>24-cv-9175-PJH<br>24-cv-9256-PJH<br>24-cv-9257-PJH<br>24-cv-9258-PJH<br>24-cv-9259-PJH<br>24-cv-9260-PJH<br>24-cv-9261-PJH<br>24-cv-9262-PJH<br>24-cv-9263-PJH<br>24-cv-9264-PJH<br>24-cv-9266-PJH<br>24-cv-9267-PJH<br>24-cv-9269-PJH<br>24-cv-9270-PJH<br>24-cv-9271-PJH<br>24-cv-9272-PJH<br>24-cv-9281-PJH<br>24-cv-9282-PJH<br>24-cv-9284-PJH<br>24-cv-9458-PJH<br>24-cv-9459-PJH<br>24-cv-9460-PJH<br>24-cv-9461-PJH<br>24-cv-9462-PJH |

|  |
|---|
| 24-cv-9491-PJH |
| 24-cv-9492-PJH |
| 24-cv-9495-PJH |
| 24-cv-9496-PJH |
| 24-cv-9497-PJH |
| 24-cv-9498-PJH |

**JUDGMENTS**

Pursuant to the order of dismissal signed today these cases are dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: January 6, 2025

       /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge