1

2

3

4

5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

6

7

8

9

KIMETRA BRICE, EARL BROWNE,
and JILL NOVOROT**,**

    Plaintiffs,

v.

Case No.: 3:19-cv-01481-WHO

**[PROPOSED] ORDER OF DISMISSAL**
**OF SEQUOIA DEFENDANTS WITH**
**PREJUDICE**

10

11

12

13

14

15

16

17

18

19

MIKE STINSON; LINDA STINSON; THE
STINSON 2009 GRANTOR RETAINED
ANNUITY TRUST; 7HBF NO. 2, LTD.;
SEQUOIA CAPITAL OPERATIONS, LLC;
SEQUOIA CAPITAL FRANCHISE
PARTNERS, L.P.; SEQUOIA CAPITAL IX, L.P;
SEQUOIA CAPITAL GROWTH FUND III,
L.P.; SEQUOIA ENTREPRENEURS ANNEX
FUND, L.P.; SEQUOIA CAPITAL GROWTH
III PRINCIPALS FUND, LLC; SEQUOIA
CAPITAL FRANCHISE FUND, L.P.;
SEQUOIA CAPITAL GROWTH PARTNERS
III, LP.; STARTUP CAPITAL VENTURES, L.P.;
STEPHEN J. SHAPER**,**

    Defendants.

20

21

22

23

24

25

26

27

28

Upon consideration of the Joint Status Report and Consent Motion to Dismiss the Sequoia

Defendants with Prejudice submitted by Plaintiffs, Kimetra Brice, Earl Browne, and Jill Novorot

("Plaintiffs"), on the one hand, and counsel for Defendants Sequoia Capital Operations, LLC; Sequoia

Capital Franchise Partners, L.P.; Sequoia Capital IX, L.P; Sequoia Capital Growth Fund III, L.P.; Sequoia

Entrepreneurs Annex Fund, L.P.; Sequoia Capital Growth III Principals Fund, LLC; Sequoia Capital

Franchise Fund, L.P.; and Sequoia Capital Growth Partners III, LP (together the "Sequoia Defendants"),

on the other hand (collectively herein "the Parties") and pursuant to Rule 41(a)(2) of the Federal Rules of

Civil Procedure, this Court hereby DISMISSES WITH PREJUDICE the Sequoia Defendants; each Party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 20, 2021

Hon. William H. Orrick
United States District Judge

[PROPOSED] ORDER
(Civil Action No. 3:19-cv-01481-WHO)